# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| GOVCIO, LLC<br><br>                Plaintiff,<br><br>   v.<br><br>&lt;govciocareers.com&gt;,<br>*a domain name*,<br><br>                Defendant. | Civil Action No. _____ |

## VERIFIED COMPLAINT

Plaintiff GovCIO, LLC ("GovCIO"), by and through its undersigned counsel, and for its Complaint against Defendant <govciocareers.com>, a domain name, alleges and states as follows:

## NATURE OF THE ACTION

1. GovCIO brings this cybersquatting claim under the Anticybersquatting Consumer Protection Act ("ACPA") against the website <govciocareers.com>, which is being used as part of a scam to impersonate GovCIO through the unlawful use of GovCIO's trademarks.

2. As detailed herein, the email addresses ryan@govciocareeers.com and mcnally@govciocareers.com are being used to send emails from an individual purporting to be GovCIO recruiter Ryan McNally.

3. In the emails, the scammer attempts to mislead the recipient into believing they are receiving a job offer from GovCIO, even though GovCIO has no relationship or affiliation with the <govciocareers.com> domain name or the scammer who is sending emails from accounts associated with that domain name.

4. If the job offer is accepted, the candidate is informed that a check will be mailed to them to pay for equipment for a home office.

5. Although GovCIO has no indication that any individuals have paid money to the scammers, this is a classic version of the well-known fake check scam in which the unsuspecting victim then (1) uses the check to purchase goods and then "reimburses" the scammer with any remainder amount before the check bounces, or (2) is directed to purchase from a "fake vendor" provided by the scammer in order to steal the victim's financial information, with the victim only learning of the scam after the check bounces.

6. This pattern of conduct reflects a phishing scam with a bad faith intent to profit off GovCIO's trademarks, goodwill, and reputation. Further, these actions infringe upon GovCIO's trademark rights and violate the Anti-cybersquatting Consumer Protection Act ("ACPA").

7. By this lawsuit, GovCIO seeks to transfer the domain name <govciocareers.com> to GovCIO and obtain the injunctive relief that is necessary to prevent the defendant from using GovCIO's marks to defraud others and harm GovCIO's reputation and goodwill.

**PARTIES**

8. Plaintiff GovCIO is a Maryland limited liability company with its principal office located in Fairfax County, Virginia.

9. Defendant Domain Name <govciocareers.com> is an Internet domain name which, according to records in the WHOIS database of domain name registrations, was registered on August 17, 2023 by "Contact Privacy Inc. Customer 7151571251."

10. Contact Privacy Inc. provides its own contact information on the public WHOIS database so the true registrant of the domain name may avoid disclosing identifying information.

## JURISDICTION AND VENUE

11. This Court has original subject matter jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has in rem jurisdiction over the domain name <govciocareers.com> under 15 U.S.C. § 1125(d)(2)(A).

13. In rem jurisdiction is appropriate because GovCIO, despite due diligence—including sending a notice of the alleged violation and intent to proceed with the registrant of the domain name at the postal and e-mail address provided on August 30, 2023—has not been able to find a person who would be a defendant in this action in accordance with 15 U.S.C. § 1125(d)(2)(A)(ii).

14. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(II)(aa), on August 30, 2023, Plaintiff's counsel sent notice of the violations of its rights and intent to proceed *in rem*, to the postal and email addresses set forth in the WHOIS registration records for <govciocareers.com>.

15. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1125(d)(2)(C) and 28 U.S.C. § 1391(b)(2) because the .com domain name registry operator VeriSign Inc. is located in this district and a substantial part of the events occurred in this district.

## FACTS

### GovCIO's Business and Trademarks

16. GovCIO is a leading provider of high-end technology and digital services to the federal government.

17. GovCIO's valid and subsisting trademarks, which appear on the Principal Register in the United States Patent and Trademark Office ("USPTO") and on its website, <govcio.com>,

include the word mark GOVCIO, which is covered by U.S. Registration No. 6991012, and the GovCIO logo, which is covered by U.S. Registration No. 6991015 and appears as follows:



18. These marks are referred to collectively as the GovCIO Marks.

<GovCIOcareers.com>

19. On or around August 21, 2023, GovCIO discovered that the <govciocareers.com> domain name is being used to impersonate recruiting personnel from GovCIO.

20. The <govciocareers.com> domain name was registered on August 17, 2023.

21. The <govciocareers.com> domain name begins with the GovCIO word mark and is identical to Plaintiff's domain name <govcio.com>, except for the addition of the word "careers" after "govcio".

22. GovCIO has no relationship or affiliation with the <govciocareers.com> domain name.

23. The owner of the <govciocareers.com> domain name is unknown to GovCIO, as the registration data for <govciocareers.com> lists the registrant's name as "Contact Privacy Inc. Customer 7151571251" and includes a privacy email address intended to protect the privacy of domain name holders.

24. Although the <govciocareers.com> website does not currently have any content, it appears that the domain name is being used to send emails purporting to be from GovCIO and asking individuals to provide information related to a potential job opportunity.

25. Specifically, the email addresses ryan@govciocareers.com and mcnally@govciocareers.com are being used to send emails from an individual purporting to be Ryan McNally, who is a Senior Recruiter at GovCIO and whose GovCIO email address is ryan.mcnally@govcio.com.

26. Ryan McNally has no affiliation or relationship with the ryan@govciocareers.com or mcnally@govciocareers.com email addresses.

27. Between August 21, 2023 and August 29, 2023, GovCIO received communications from over 15 individuals expressing concern over the validity of communications they received from these email addresses.

28. Based on the information provided from those individuals, it appears that these scammers engage in a pattern of behavior intended to obtain money and information from victims.

29. In one part of the scheme, an email is sent from a <govciocareers.com> domain name email address—either ryan@govciocareers.com or mcnally@govciocareers.com—discussing an application for a Remote Data Analyst position at GovCIO.

30. The email asks the individual if they are interested in the position and if so, to respond to the email with a "Yes."

31. The email concludes with the valediction "Best Regards, Ryan McNally" and contains the address of GovCIO's Fairfax, Virginia office, the email address ryan@govciocareers.com, and a link to GovCIO's actual website at https://www.govcio.com.

32. If an individual expresses interest in the position, the candidate is asked via email from an individual purporting to be Ryan McNally with a <govciocareers.com> email address to complete a screening questionnaire that contains the GovCIO marks—including the GovCIO logo—and to provide personal information.

33. After the candidate completes the application, the candidate then receives another email congratulating them on their "new role" with GovCIO; asking them to provide their name, home address, phone number and email address to humanresources@govciocareers.com; and informing them that HR will contact the candidate with an employment offer letter to sign within 48 hours.

34. The candidate then receives an email from humanresources@govciocareers.com, which includes an Employment Offer Letter that contains GovCIO Marks—including the GovCIO logo—for the candidate to sign and return, along with "a copy of your valid ID (front and back)."

35. The email also informs the candidate that a check will be mailed to them so they can pay for equipment for a home office, including an Apple Mac, Apple display monitor, and HP LaserJet printer.

36. GovCIO has received correspondence from recipients of these communications indicating that the conduct appeared to be indicative of the "fake check scam."

37. According to the Federal Trade Commission (https://consumer.ftc.gov/articles/job-scams), the fake check scam occurs as follows:

> In a fake check scam, a person you don't know asks you to deposit a check. It's usually for more than they owe you, and it's sometimes for several thousand dollars. They tell you to send some of the money back to them or to another person. They always have a good story to explain why you can't keep all the money. They might say they need you to cover taxes or fees for a prize, *to buy supplies for a job*, to send back money they overpaid, or something else. But this is a scam.

38. The use of the <govciocareers.com> domain name and the GovCIO marks to impersonate GovCIO, offer employment to individuals believing they are receiving an offer from GovCIO, and to then send a check to "pay for equipment for a home office" has the hallmarks of a fake check scam.

39. In addition to the potential harm to innocent victims, these communications from the <govciocareers.com> domain name have harmed GovCIO's reputation and goodwill and will continue to do so unless the individuals or entities behind the <govciocareers.com> domain name are prevented from continuing their unlawful activity.

40. Many recipients and intended victims have already expressed frustration towards GovCIO for the events that have taken place, insinuating that GovCIO shares responsibility for the scam emails and messages.

41. The brand confusion and negative publicity threaten to harm GovCIO's well-earned reputation in the federal contracting community, both in terms of future prospective federal customers who may associate GovCIO with a scam, and in terms of future prospective employees may choose not to apply for positions with GovCIO due to the fear that their information will be used by individuals or entities unaffiliated with GovCIO for unlawful purposes.

42. As GovCIO is an IT contractor to federal agencies, cyber security compliance is a major focus as there are numerous government compliance requirements that must be met.

43. GovCIO has made significant investments in achieving and maintaining those certifications and compliance targets.

44. These misrepresentations of the GovCIO name also have the potential to negatively impact the perception of GovCIO's cybersecurity posture by federal agencies, which could bring unwarranted scrutiny or potentially loss of business.

**COUNT ONE**
**(Violation of the Federal Anti-Cybersquatting Consumer Protection Act)**

45. GovCIO repeats, realleges, and incorporates by reference each and every allegation contained in the above paragraphs, as though fully set forth herein.

46. GovCIO owns the trademark GOVCIO and uses the trademark throughout the United States.

47. <govciocareers> fully incorporates GovCIO's mark GOVCIO.

48. The use of GovCIO's mark within <govciocareers.com> is without authorization from GovCIO.

49. The registrant of <govciocareers.com> has not engaged in bona fide noncommercial or fair use of the GovCIO marks.

50. The <govciocareers.com> domain name has already created and is likely to create confusion.

51. The registrant of <govciocareers.com> hid its contact information when applying and maintaining the registration of <govciocareers.com> by concealing its identity from the public WHOIS records for <govciocareers.com>.

52. The aforesaid acts by the registrant of <govciocareers.com> constitute registration, maintenance, and use of a domain name that is confusingly similar to GovCIO's marks with a bad faith intent to profit therefrom.

53. Such bad faith intent to profit is further demonstrated by <govciocareers>'s attempts to impersonate GovCIO recruiting personnel when soliciting personal and financial information from innocent individuals who unknowingly believe they are communicating with GovCIO concerning job opportunities.

54. The aforesaid acts by the registrant of <govciocareers.com> constitute unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

55. The aforesaid acts have caused, and are causing, great and irreparable harm to GovCIO and the public.

56. The harm to GovCIO includes harm to the value, reputation, and goodwill associated with the GovCIO marks that money cannot compensate.

57. The harm to the public includes potential identity and financial theft as a result of individuals providing personal information under the mistaken belief that they are communicating with GovCIO about a potential career opportunity when in reality, they are the victims of scam artists seeking to obtain their information under false pretenses.

58. Unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

59. Pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), GovCIO is entitled to an order transferring <govciocareers.com> to GovCIO.

## PRAYER FOR RELIEF

WHEREFORE, GovCIO requests that this Court enter judgment in its favor and against Defendant <govciocareers.com> and further:

a. Finding that <govciocareers.com>'s conduct as described above violates the ACPA, 15 U.S.C. § 1125(d), and entering judgment in GovCIO's favor;

b. Granting preliminary and permanent injunctive relief, ordering the transfer of <govciocareers.com> to GovCIO, as provided in 15 U.S.C. § 1125(d)(2)(D)(i); and

c. Awarding GovCIO such other and further relief as the Court may deem just and proper.

Dated: September 1, 2023                                   VENABLE LLP

_____/s/_____
James Y. Boland (VSB No. 70817)
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
1850 Towers Crescent Plaza, Ste 400
Tysons Corner, VA 22182
Tel: 703-905-1449
Fax: 703-821-8949
jyboland@venable.com
nmdepalma@venable.com
kwweigand@venable.com

*Counsel for Plaintiff GovCIO, LLC*

10

**VERIFICATION**

John Edgar, under penalty of perjury of the laws of the United States declares that he is the Chief Information Officer of GovCIO, LLC; that he has read, is familiar with, and has personal knowledge of the contents of the foregoing Verified Complaint and that the allegations thereof are true and correct. To the extent that matters are not within his personal knowledge, the facts stated therein have been assembled by authorized personnel, including counsel, and he is informed that the facts stated therein are true and correct.

Executed this 1st day of September 2023 in Fairfax County, Virginia.

*John T. Edgar*
_____
John Edgar