IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GovCIO, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1181 (RDA/LRV) |
| ) | |
| <govciocareers.com>, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendations ("Recommendations") issued by Magistrate Judge Lindsey R. Vaala on January 3, 2024. Dkt. 34. In Plaintiff GovCIO, LLC's Complaint, Plaintiff asserted one count under the Federal Anti-Cybersquatting Consumer Protection Act against Defendant Domain Name govciocareers.com. Plaintiff then filed a motion for default judgment against Defendant. Magistrate Judge Vaala recommends that (1) default judgment be entered against Defendant Domain Name <govciocareers.com> pursuant to Count 1 of the Complaint, (2) that the Court issue an order converting the Preliminary Injunction Order (Dkt. 25) into a permanent injunction for purposes of completing the permanent transfer of Defendant Domain Name to Plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(i); and (3) order that the $500 bond posted by plaintiff shall be released and returned to GovCIO, c/o Venable LLP, 1850 Towers Crescent Plaza, Suite 400, Tysons, Virginia 22182. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Vaala's Recommendation was January 17, 2024. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Vaala's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 34). Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 30) is GRANTED as to Count I of the Complaint; and it is

FURTHER ORDERED that default judgment enter in favor of Plaintiff GovCIO, LLC and against Defendant Domain Name <govciocareers.com>; and it is

FURTHER ORDERED that this Court's Preliminary Injunction Order (Dkt. 25) is converted to a Permanent Injunction for purposes of completing the permanent transfer of Defendant Domain Name to Plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(i); and it is

FURTHER ORDERED that the $500 bond posted by Plaintiff, Dkt. 16, shall be released and returned to GovCIO, c/o Venable LLP, 1850 Towers Crescent Plaza, Suite 400, Tysons, Virginia 22182.

The Clerk is further directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 19, 2024

/s/ _____
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").